UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: **ALEJANDRO A. CASTRO-ACOSTA**   CASE NO. **15-19477-BKC-RAM**
Last four digits of SS No. 2884


**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **36** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to Administrative, Secured & Priority Creditors first and any balance owed to Unsecured creditors at the end of the plan pro-rata under the plan.

**A. $150.00** for months **1** to **36,** beginning **June 26, 2015**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $5,500.00; Paid Fees: $2,000.00; Balance Due: $3,500.00; payable $129.63/mo. (Mos. 1 to 27)

**Secured Creditors**:   [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**NONE**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

**NONE**

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**NONE**

**Unsecured Creditors**: Payable: $5.37/mo. (Mos. 1 to 27) & $135.00/mo. (Mos. 28 to 36). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS**: **CHRISTIANA TRUST (1st Mtg Homestead Prop. - 15704 SW 99 Ave., MF 33157)** - The account with this creditor will be treated outside the Chapter 13 Plan.

Dated: August 4, 2015

                                       Law Offices of Michael J. Brooks,
                                       Michael A. Frank,
                                       & Rodolfo De La Guardia
                                       Attorneys for Debtor(s)
                                       10 N.W. LeJeune Road, Suite 620
                                       Miami, FL  33126-5431
                                       (305) **443-4217**
                                       Pleadings@bkclawmiami.com


                                       By /s/_____
                                            Michael J. Brooks
                                            Florida Bar No. 434442

LF-31 (rev. 01/08/10)