# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                               Case No. 15-23795-RAM
                                               Chapter 13

ROLANDO BENIGNO BOLANOS and
VICTORIA ISABEL SANCHEZ,

        Debtors.        /

## OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

      The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3 | JPMorgan Chase Bank | $186,744.06 | The Debtors object to this Claim because it is clearly stated in the Chapter 13 Plan, that this claim is being treated outside the Plan. The Claim is allowed but there is to be no distribution through the Trustee |

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

/s/
Andres Montejo, Esq.
FBN 659428

Law Offices of the General Counsel
Attorney for Debtors
6157 NW 167 Street, Unit F-21
Tel:  305-817-3677
Fax:  305-675-0666
Email:  amontejo@andresmontejolaw.com

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).