

**ORDERED in the Southern District of Florida on January 6, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
ROLANDO BENIGNO BOLANOS AND      CASE NO.: 15-23795-RAM
VICTORIA ISABEL SANCHEZ          CHAPTER: 13

     DEBTOR.
_____/

### AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF JPMORGAN CHASE BANK [# 3]

THIS CAUSE came on for without hearing upon the Debtor's *Objection to Claim of JPMorgan Chase Bank [# 3]* **[DE 46].** The Court having reviewed the Objection and the record, and upon agreement of counsel, it is:

ORDERED:

1. The *Objection to Claim of JPMorgan Chase Bank [# 3]* **[DE 46]** is SUSTAINED.

2. JPMorgan Chase Bank, National Association's ("Creditor") Claim No. 3-1 is allowed as filed.

3. Creditor will receive no distribution through the Chapter 13 Plan as the Subject Property, located at 508 Sw 17th Ave, Homestead, FL 33030, is treated outside of the Estate.

     5.     Creditor is granted *in rem* relief from the automatic stay for the property located at 508 Sw 17th Ave, Homestead, FL  33030.

###

*The party submitting the order shall serve a copy of the signed order on all required parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).*